**No. 09-10602. Michael Doyle, Petitioner v. Lou Archuleta, et al.**

561 U.S. 1047, 131 S. Ct. 39, 177 L. Ed. 2d 1129, 2010 U.S. LEXIS 5581.

July 26, 2010. Petition for rehearing denied.

Former decision, 560 U.S. 973, 130 S. Ct. 3431, 177 L. Ed. 2d 339, 2010 U.S. LEXIS 4905.